```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
YOUNGHUN KIM,

                Plaintiff,                        ORDER

        - against -                               17 Civ. 8744 (NRB)

YONGJUN CHOI a/k/a YONG J CHOI a/k/a YONG
JUN CHOI; JAYUN J CHOI a/k/a JAE YOUNG
CHOI a/k/a JAYNE JAYUN CHOI a/k/a JA YUN
CHOI a/k/a JAYUN JAYNE CHOI a/k/a JAYNE
CHOI; YJC CONCEPTS INC. d/b/a NY HOTDOG &
COFFEE; JOHN DOE 1-10; and ABC CORPORATION
1-10;

                Defendants.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   **WHEREAS** on November 9, 2018, the Court entered default judgment against the identified defendants, ECF No. 32; and

   **WHEREAS** on December 30, 2020, the identified defendants moved to vacate the default judgment as void pursuant to Fed. R. Civ. P. 60(b)(4) for lack of subject matter jurisdiction and personal jurisdiction, ECF No. 34; and

   **WHEREAS** the Court held oral argument telephonically on January 21, 2021; and

   **WHEREAS** for the reasons stated by the Court on the record; it is hereby

   **ORDERED** that the motion to vacate the default judgment is granted; and it is hereby

1

**ORDERED** that the case is dismissed with prejudice for lack of subject matter jurisdiction and personal jurisdiction.

DATED:    New York, New York
               January 21, 2021

                                              _____
                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE